# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATIM ABDEL MONGY ABDALA BAKER,<br><br>                    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | Case No.: 25-cv-03539-CAB-SBC<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 1] |

      Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Hatim Abdel Mongy Abdala Baker ("Petitioner"). [Doc. No. 1 ("Petition").] Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of the Immigration and Nationality Act, the Fifth Amendment, the injunction in *Fraihat v. ICE*, Case No. 5:19-cv-01546-JGB-SHK (C.D. Cal. Apr. 20, 2020), and Section 504 of the Rehabilitation Act. [*Id.* at 2–3, 8–9.] He seeks immediate release or, at minimum, a bond hearing. [*Id.* at 9.]

      On December 19, 2025, Respondents filed a response to the Petition stating that final judgment had been entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, which held unlawful the Department of Homeland Security's policy requiring "anyone arrested in the United States and charged with being inadmissible to be considered

an 'applicant for admission' under 8 U.S.C. § 1225(b)(2)(A), [and] subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A) and not subject to detention under 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]  Respondents therefore "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [*Id.*]  Petitioner did not file a reply.

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 7, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 9, 2026**.  Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED.**

Dated:  December 24, 2025

Hon. Cathy Ann Bencivengo
United States District Judge