UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATIM ABDEL MONGY ABDALA BAKER,<br><br>                              Petitioner,<br><br>v.<br><br>ADAM GORDON, et al.,<br><br>                              Respondents. | Case No.:  25-cv-3539-CAB-SBC<br><br>**ORDER REGARDING BOND HEARING**<br><br>[Doc. No. 6] |

This Court previously ordered Respondents to provide Petitioner a bond hearing. [Doc. No. 5.]  Petitioner received a bond hearing on December 31, 2025; the Immigration Judge denied bond finding Petitioner was both a danger to the community and a flight risk. [Doc. No. 6 at 2; Doc. No. 7.]  Petitioner says that the bond hearing and resulting decision were inadequate and asks the Court to order Respondents to provide Petitioner with a new bond hearing "that includes an articulated evidentiary standard, individualized findings tied to present risk, and consideration of reasonable alternatives to detention."  [Doc. No. 6 at 4.]  Respondents counter that this request is not properly before the Court because Petitioner has not pursued his administrative remedies via an appeal to the Board of Immigration Appeals ("BIA").  [Doc. No. 7 at 2.]

25-cv-3539-CAB-SBC

The Court agrees with Respondents.   As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA. This short cut was improper.  [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

The Court therefore **DISMISSES** the Petition without prejudice.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED.**

Dated:  January 30, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

25-cv-3539-CAB-SBC